IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-01810-WYD-KLM

JOHN JACQUAT,

    Plaintiff,

v.

HUB INTERNATIONAL INSURANCE SERVICES, INC.,

    Defendant.

## ORDER

THIS MATTER is now before the Court upon review of the file. By way of background, this action originated in the District of Maryland. On July 30, 2010, the District of Maryland transferred the action to this Court. On August 3, 2010, this matter was transferred to me from District Judge Philip A. Brimmer.

This action involves a motion to quash a deposition subpoena related to a separate civil case pending before me, 09-cv-02539-WYD-MJW (the "09 Case"). The defendant in the 09 Case served a deposition subpoena on a non-party. The non-party filed a Motion to Quash the subpoena in the U.S. District Court for the District of Maryland, where the deposition was to be taken. The Maryland District Judge transferred the Motion to this Court, to be heard in conjunction with the 09 Case. Instead of filing the Motion in the 09 Case, this new civil action was opened.

Accordingly, in the interest of judicial economy, I find that this action should be terminated and all motions should be refiled in the 09 Case. Therefore, it is

ORDERED that the Clerk of the Court shall terminate this action, 10-cv-01810-WYD-KLM. It is

FURTHER ORDERED that all pleadings shall be refiled in accordance with my Practice Standards in the 09 Case, 09-cv-02539-WYD-MJW.

Dated: August 10, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge